UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-0092-BO-001

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SALVADOR SERRANO-PORTILLO, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Amended Motion of the Defendant to have this Court authorize the payment of up to $2,000.00 for the services of an interpreter for assistance in the representation of the Defendant in this case.

THEREFORE, the Court does hereby grant the Defendant's motion that the Defense Counsel be allowed to hire and interpreter in an amount of up to $2,000.00.

This _19_ day of _March_____, 2014.

_Terrence Boyle_